UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RAUL M. ESPITIA, | : | Case No. C-1-00-531 |
| Plaintiff, | : | Judge Herman J. Weber |
| v. | : | |
| THE PROCTER & GAMBLE COMPANY, et al., | : | **MEMORANDUM IN SUPPORT OF DEFENDANT THE PROCTER & GAMBLE COMPANY'S BILL OF COSTS** |
| Defendants. | : | |

The following is an itemization of costs listed on Defendant The Procter & Gamble Company's Bill of Costs. Supporting Documentation is attached hereto as Exhibit A.

**A.   Court Reporter Fees For Deposition Transcripts Necessarily Obtained For Defendant's Motion For Summary Judgment**

| | | |
|---|---|---|
| 1. | Deposition of Plaintiff Raul Espitia: | $1544.53 |
| 2. | Deposition of Patrick Tewksbury | $369.00 |
| 3. | Deposition of Mary O'Rourke | $116.10 |
| 4. | Deposition of Ray Maynard | $140.40 |
| 5. | Deposition of Tonya King | $228.00 |
| 6. | Deposition of Barbara Lancor | $219.00 |
| 7. | Deposition of Michael Lindsey | $279.00 |
| 8. | Deposition of Kim Zimmer | $330.00 |
| 9. | Deposition of Dwain Carver | $159.30 |
| 10. | Deposition of Tom Winters | $114.00 |
| 11. | Deposition of Tom Brown | $167.40 |

| | | | |
|---|---|---|---|
| 12. | Deposition of Jeff Drago | $327.00 | |
| 13. | Deposition of Joe Beer | $138.00 | |
| 14. | Deposition of Steve Lighthall | $183.60 | |
| 15. | Deposition of Curtis Salyers | $186.30 | |
| 16. | Deposition of J. Scarcella | $ 99.90 | |
| 17. | Deposition of N. Bess | $ 105.00 | |
| | SUBTOTAL | | $4706.53 |

**B.** **Duplication Costs (Fees For Printing)**

1. Answer:

    7 pages X $0.10/page X 4 copies[1]    $2.80

2. Discovery Produced To Plaintiff:

    1,747 pages X $0.10/page X 1 copy    $174.70

3. Motion For Summary Judgment and Memorandum In Support

    25 pages X $0.10/page X 4 copies    $10.00

4. Appendix To Motion For Summary Judgment

    167 pages X $0.10/page X 4 copies    $66.80

5. Reply Memorandum In Support Of Motion For Summary Judgment (with attached Exhibits)

    64 pages X $0.10/page X 4 pages    $25.60

            SUBTOTAL                $279.90

---

[1] Includes one Court copy, one opposing counsel copy, one client copy, and one attorney work copy.

Respectfully submitted,

*[signature]*

Michael S. Glassman (0012713)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
(513) 977-8200

Attorney for Defendant
The Procter & Gamble Company

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via electronic mail this 15th day of March, 2004 upon Sheila M. Smith and Kelly Mulloy Meyers, Esq., Freking & Betz, 215 East Ninth Street, Fifth Floor, Cincinnati, Ohio 45202 and James B. Robinson, Esq. Kircher Robinson & Welch, 2520 Kroger Building, 1014 Vine Street, Cincinnati, OH 45202-1116.

*[signature]*

#809178



**Merit**
LITIGATION SUPPORT SERVICES.
602 Main Street, Suite 703
Cincinnati, Ohio 45202
(513) 381-8228 • FAX (513) 381-8254
(800) 578-1542



Job #: 010425LL
Job Date: 04/25/2001
Order Date: 04/25/2001
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: P&G

## Invoice

Invoice #: 17508
Inv.Date: 05/08/2001
Balance: $1,342.93

Bill To:
Mr. Michael S. Glassman, ESQ
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202-3172

Action: Espitia
              vs
           P & G
Action #:
Rep: Luke Lavin
Cert:

| Item | Proceeding/Witness | Description | Disc. Amt. | Amount |
|---|---|---|---|---|
| 1 | Raul M. Espitia | Attendance of Reporter | $28.00 | $252.00 |
| 2 | Raul M. Espitia | Attendance Overtime of Reporter | $7.50 | $67.50 |
| 3 | Raul M. Espitia | Original Transcript | $113.72 | $1,023.43 |
| 4 | Raul M. Espitia | Condensed Transcript | $0.00 | $0.00 |

*[Handwritten: M.S. Glassman 5/10/01    9103-213]*

*[Handwritten notations: VEN. NO. 9905886 / INV. NO. 17508 / INV. DT. 5-8-01 / CL... 1310 / CHK NO. 67227 / ... 5-24-01]*

Comments:
YOUR DISCOUNT LEVEL IS NOW AT 10%, YOU HAVE SAVED $149.22

Balances over 15 days may be subject to Finance Chg. @ 1.5%

| | |
|---|---|
| Sub Total | $1,342.93 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $1,342.93 |
| Payment | $0.00 |
| **Balance Due** | $1,342.93 |

Federal Tax I.D.: 31-1469133    Terms: Net 15 Days.

*Please KEEP THIS PART for YOUR RECORDS.*

*Annette McKeehan Schoch*

# Invoice

| BILL TO |
| --- |
| Michael S. Glassman, Esq.<br>Dinsmore & Shohl, LLP<br>1900 ChemEd Center<br>255 East Fifth Street<br>Cincinnati, Ohio  45202-3315 |

| DATE | INVOICE # |
| --- | --- |
| 8/27/'01 | 2563 |

*[handwritten notes:]*
6360
2563
8-27-01
1310
72.02
9-13-01

*[signature] 9/13 - 2/3*

| FILE NUMBER | TERMS | DEPONENT |
| --- | --- | --- |
| P&G/Espitia | Net 30 | 8-9-01 |

| DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| Copy of Transcript    -   M. O'Rourke | 1 | 129.00 | 129.00 |
| case volume discount | | -10.00% | -12.90 |
| Litigation Support Package (Below) | | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII | | 0.00 | 0.00 |
| Postage/Courier    8-6-01 | | 0.00 | 0.00 |
| | | | |
| RAUL ESPITIA -vs-<br>PROCTER & GAMBLE, et al<br>C-1-00-531<br>Depo of:    M. O'ROURKE<br>Taken:    8-9-01<br>Reporter:    AS | | | |
| Federal ID #: 31-1503265 | | **Total** | $116.10 |

*Annette McKeehan Schoch*

Registered Professional Reporter
Registered Merit Reporter

| BILL TO |
|---|
| Michael S. Glassman, Esq.<br>Dinsmore & Shohl, LLP<br>1900 ChemEd Center<br>255 East Fifth Street<br>Cincinnati, Ohio 45202-3315 |

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/21/'01 | 2516 |

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| P&G/Espitia | Net 30 | 4-30-01 A&B |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript #1 | 1 | 228.00 | 228.00 |
| Copy of Transcript #2 | 1 | 369.00 | 369.00 |
| Litigation Support Package (Below) | | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII | | 0.00 | 0.00 |
| Postage/Courier 6-14-01 | | 7.335 | 7.34 |

RAUL ESPITIA -vs-
PROCTER & GAMBLE, et al.
C-1-00-531

Depos of: TONYA KING
         PATRICK TEWKSBURY
Taken:   4-30-01
Reporter: AS

*handwritten:*
6360
2516
6-21-01
1310
6 9132
7-5-01

Federal ID #: 31-1503265

**Total**   $604.34

P.O. Box 58641 • Cincinnati, Ohio 45258-8641 • (513) 941-9464
Fax (513) 941-4092 • E-Mail schoch@dot-net.net

*Annette McKeehan* **Schoch**

# Invoice

| BILL TO |
|---|
| Michael S. Glassman, Esq. |
| Dinsmore & Shohl, LLP |
| 1900 ChemEd Center |
| 255 East Fifth Street |
| Cincinnati, Ohio 45202-3315 |

| DATE | INVOICE # |
|---|---|
| 8/27/'01 | 2551 |

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| P&G/Espitia | Net 30 | 7-13-01 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript  -  M. Lindsey | 1 | 279.00 | 279.00 |
| Litigation Support Package (Below) |  | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII |  | 0.00 | 0.00 |
| Postage/Courier    8-6-01 |  | 5.00 | 5.00 |

RAUL ESPITIA -vs-
PROCTER & GAMBLE, et al
C-1-00-531
Depo of:    M. LINDSEY
Taken:      7-13-01
Reporter:    AMS

| Federal ID #: 31-1503265 | **Total** | $284.00 |
|---|---|---|

*Annette McKeehan Schoch*

*Registered Professional Reporter*
*Registered Merit Reporter*

# Invoice

| BILL TO |
|---|
| Michael S. Glassman, Esq. |
| Dinsmore & Shohl, LLP |
| 1900 ChemEd Center |
| 255 East Fifth Street |
| Cincinnati, Ohio 45202-3315 |

| DATE | INVOICE # |
|---|---|
| 8/27/'01 | 2560 |

6360
2560
8-27-01
1310

72102
9-13-01

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| P&G/Espitia | Net 30 | 7-26-01 A-C |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Original Transcript    -   R. Espitia #2 | 1 | 224.00 | 224.00 |
| case volume discount |  | -10.00% | -22.40 |
| Copy of Transcript    -   R. Maynard | 1 | 156.00 | 156.00 |
| case volume discount |  | -10.00% | -15.60 |
| Copy of Transcript    -   T. Brown | 1 | 186.00 | 186.00 |
| case volume discount |  | -10.00% | -18.60 |
| Litigation Support Package (Below) |  | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII on each |  | 0.00 | 0.00 |
| Postage/Courier      8-6-01 |  | 0.00 | 0.00 |
| | | | |
| RAUL ESPITIA -vs- | | | |
| PROCTER & GAMBLE, et al | | | |
| C-1-00-531 | | | |
| Depos of:    R. ESPITIA (Vol.#2) | | | |
| R. MAYNARD | | | |
| T. BROWN | | | |
| Taken:        7-26-01 | | | |
| Reporter:     AS | | | |

| Federal ID #: 31-1503265 | **Total** | $509.40 |
|---|---|---|

*Annette McKeehan Schoch*

# Invoice

| BILL TO |
|---|
| Michael S. Glassman, Esq.<br>Dinsmore & Shohl, LLP<br>1900 ChemEd Center<br>255 East Fifth Street<br>Cincinnati, Ohio 45202-3315 |

| DATE | INVOICE # |
|---|---|
| 8/27/'01 | 2554 |

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| P&G/Espitia | Net 30 | 7-20-01 A&B |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript   - D. Carver | 1 | 177.00 | 177.00 |
| case volume discount |  | -10.00% | -17.70 |
| Copy of Transcript   - C. Salyers | 1 | 207.00 | 207.00 |
| case volume discount |  | -10.00% | -20.70 |
| Litigation Support Package (Below) |  |  | 0.00 |
| Condensed Text, Word Index, ASCII on each |  |  | 0.00 |
| Postage/Courier   8-6-01 |  |  | 0.00 |

RAUL ESPITIA -vs-
PROCTER & GAMBLE, et al
C-1-00-531
Depos of:   D. CARVER
            C. SALYERS
Taken:      7-20-01
Reporter:   AS

Federal ID #: 31-1503265

**Total** $345.60

*Annette McKeehan Schoch*

Registered Professional Reporter

# Invoice

| BILL TO |
|---|
| Michael S. Glassman, Esq.<br>Dinsmore & Shohl, LLP<br>1900 ChemEd Center<br>255 East Fifth Street<br>Cincinnati, Ohio  45202-3315 |

| DATE | INVOICE # |
|---|---|
| 8/27/'01 | 2557 |

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| P&G/Espitia | Net 30 | 7-25-01 A&B |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript   -  S. Lighthall | 1 | 204.00 | 204.00 |
| case volume discount |  | -10.00% | -20.40 |
| Copy of Transcript   -  J. Scarcella | 1 | 111.00 | 111.00 |
| case volume discount |  | -10.00% | -11.10 |
| Litigation Support Package (Below) |  | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII on each |  | 0.00 | 0.00 |
| Postage/Courier    8-6-01 |  | 0.00 | 0.00 |
| RAUL ESPITIA -vs-<br>PROCTER & GAMBLE, et al<br>C-1-00-531<br>Depos of:    S. LIGHTHALL<br>              J. SCARCELLA<br>Taken:       7-25-01<br>Reporter:   AS | | | |

| Federal ID #: 31-1503265 | **Total** | $283.50 |
|---|---|---|

P.O. Box 58641 • Cincinnati, Ohio 45258-8641 • (513) 941-0464
Fax (513) 941-4092 • E-Mail schoch@dot-net.net

*Annette McKeehan Schoch*

Registered Professional Reporter

| BILL TO |
|---|
| Michael S. Glassman, Esq.<br>Dinsmore & Shohl, LLP<br>1900 ChemEd Center<br>255 East Fifth Street<br>Cincinnati, Ohio  45202-3315 |

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/27/'01 | 2548 |

6360
2548
8-27-01
1310

72102
9-13-01

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| P&G/Espitia | Net 30 | 7-10-01 A&B |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript   -  J. Drago | 1 | 327.00 | 327.00 |
| Copy of Transcript   -  N. Bess | 1 | 105.00 | 105.00 |
| Litigation Support Package (Below) |  | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII on each |  | 0.00 | 0.00 |
| Postage/Courier   8-3-01 |  | 0.00 | 0.00 |

RAUL ESPITIA -vs-
PROCTER & GAMBLE, et al
C-1-00-531
Depos of:    J. DRAGO
             N. BESS
Taken:       7-10-01
Reporter:    AS

Federal ID #: 31-1503265

**Total**    $432.00

P.O. Box 58641 • Cincinnati, Ohio 45258-8641 • (513) 941-7163
Fax (513) 941-4092   •   E-Mail schoch@fuse.net

*Annette McKeehan Schoch*

*Registered Professional Reporter*
*Registered Merit Reporter*

# Invoice

| BILL TO |
|---|
| Michael S. Glassman, Esq. |
| Dinsmore & Shohl, LLP |
| 1900 ChemEd Center |
| 255 East Fifth Street |
| Cincinnati, Ohio 45202-3315 |

| DATE | INVOICE # |
|---|---|
| 8/27/'01 | 2545 |

*[handwritten notes:]*
6360
2545
8-27-01
1310

72102
9-13-01

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| P&G/Espitia | Net 30 | 7-5-01 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript | 1 | 138.00 | 138.00 |
| Litigation Support Package (Below) | | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII ON EACH | | 0.00 | 0.00 |
| Postage/Courier  8-3-01 | | 0.00 | 0.00 |
| | | | |
| RAUL ESPITIA -vs- | | | |
| PROCTER & GAMBLE, et al | | | |
| C-1-00-531 | | | |
| Depo of:  J. BEER | | | |
| Taken:  7-5-01 | | | |
| Reporter:  AS | | | |

| Federal ID #: 31-1503265 | **Total** | $138.00 |
|---|---|---|

*Annette McKeehan Schoch*

# Invoice

| BILL TO |
|---|
| Michael S. Glassman, Esq. |
| Dinsmore & Shohl, LLP |
| 1900 ChemEd Center |
| 255 East Fifth Street |
| Cincinnati, Ohio 45202-3315 |

| DATE | INVOICE # |
|---|---|
| 8/27/'01 | 2542 |

*Please pay 9-5-01*

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| P&G/Espitia | Net 30 | 7-3-01 A-C |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript - Zimmer | 1 | 330.00 | 330.00 |
| Copy of Transcript - Lancor | 1 | 219.00 | 219.00 |
| Copy of Transcript - Winters | 1 | 114.00 | 114.00 |
| Litigation Support Package (Below) | | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII on each | | 0.00 | 0.00 |
| Postage/Courier   8-3-01 | | 5.00 | 5.00 |

RAUL ESPITIA -vs-
PROCTER & GAMBLE, et al.
C-1-00-531
Depos of:   K. ZIMMER
            B. LANCOR
            T. WINTERS
Taken:    7-3-01
Reporter:   AS

Federal ID #: 31-1503265

**Total**   $668.00