UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 02-3892

FILED
JAMES BONIN
CLERK

04 MAR 24 PM 1:33

Filed: March 23, 2004

RAUL M. ESPITIA

    Plaintiff - Appellant

1:00cv0531

v.

THE PROCTER & GAMBLE COMPANY

    Defendant - Appellee

EMPLOYEE REPRESENTATOIN ASSOCIATION,

    Defendant

### MANDATE

Pursuant to the court's disposition that was filed 3/1/04 the mandate for this case hereby issues today.

A True Copy.

Attest:

*[signature]*

Deputy Clerk

COSTS:    $93.00

Total ......$93.00