## ADDENDUM A

### APPELLANT'S DESIGNATION OF APPENDIX CONTENTS

Appellant, pursuant to Sixth Circuit Rule 28(d), hereby designates the following filings in the district's record as items to be included in the joint appendix.

| DESCRIPTION OF ENTRY | DATE | RECORD ENTRY NO. |
|---|---|---|
| Docket Sheet | | |
| Complaint | 6/29/00 | R.1 |
| Deposition of Jeff Drago pp. 14-15, 20-21, 49-50, 69-71, 85-86, 92-94, 97-98, 100-101 | 7/18/01 | R. 15(a) |
| Motion by Defendant Procter & Gamble for Summary Judgment | 9/4/01 | R. 21 |
| Deposition of Tonya King pp. 7, 23, 28, 56; ex. 1 | 10/18/01 | R. 28(b) |
| Deposition of Patrick Tewksbury pp. 6-7, 23, 41-42, 47-48, 50-51, 58-64, 67, 71-72, 80, 93-94, 97-98 | 10/18/01 | R. 28(c) |
| Deposition of Barbara Lancor pp. 9, 26, 52-56 | 10/18/01 | R. 28(d) |
| Deposition of Kim Zimmer pp. 6, 9-10 | 10/18/01 | R. 28(e) |
| Deposition of Joseph L. Beer pp. 9, 10, 44; ex. 1 | 10/18/01 | R. 28(f) |
| Deposition of Ray Maynard pp. 9, 29 | 10/18/01 | R. 28(i) |
| Deposition of Mary O'Rourke pp. 8, 22-26 | 10/18/01 | R. 28(j) |
| Deposition of Thomas Brown pp. 13, 45 | 10/18/01 | R. 28(k) |
| Plaintiff's Memorandum in Opposition to Motion for Summary Judgment Exs. 4, 5 | 10/18/01 | R. 30 |


EXHIBIT B

| Opinion and Order | 7/12/02 | R. 39 |
|---|---|---|
| Judgment | 7/12/02 | R.40 |
| Notice of Appeal | 8/9/02 | R.41 |
| Deposition of Raul M. Espitia pp. 16, 55, 57, 118-119, 121-122, 124-126, 130-132, 135-137, 150, 152-153, 155-158, 163, 200-204, 214-215, 221-226, 230, 234, 293 | | R.___ (Under consideration for inclusion in the record by the District Court) |

# ADDENDUM B

## APPELLEE'S DESIGNATION OF APPENDIX CONTENTS

Pursuant to Sixth Cir. R. 28(d) and 30(b), Appellee hereby designates the following filings in the district court record as items to be included in the joint appendix.

| Description of Entry | Date | Record Entry No. |
|---|---|---|
| Docket Sheet | | |
| Complaint | 6/29/00 | 1 |
| Order and Judgment | 7/12/02 | 39 & 40 |
| Notice of Appeal | 8/9/02 | 41 |
| Deposition of Jeff Drago | 7/18/01 | 15(a) |
| Motion for Summary Judgment by Defendant Procter & Gamble Co. with exhibits | 9/4/01 | 21 |
| Deposition of Tonya King | 10/18/01 | 28(b) |
| Deposition of Patrick Tewksbury | 10/18/01 | 28(c) |
| Deposition of Barbara Lancor | 10/18/01 | 28(d) |
| Deposition of Kim Zimmer | 10/18/01 | 28(e) |



| | | |
|---|---|---|
| Deposition of Joseph Beer | 10/18/01 | 28(f) |
| Deposition of Steve Lighthall | 10/18/01 | 28(h) |
| Deposition of Ray Maynard | 10/18/01 | 28(i) |
| Deposition of Mary O'Rourke | 10/18/01 | 28(j) |
| Deposition of Thomas Brown | 10/18/01 | 28(k) |
| Memorandum by Plaintiff in Opposition to Motion For Summary Judgment with Exhibits | 10/18/01 | 30 |
| Reply by Defendant Procter & Gamble's to Response to Motion For Summary Judgment | 11/2/01 | 34 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RAUL M. ESPITIA | : Case No. C-1-00-531 |
| Plaintiff, | : Judge Weber |
| v. | : |
| THE PROCTER & GAMBLE COMPANY, et al., | : **NOTICE OF DEPOSITION** |
| | : **OF NANCY BESS** |
| Defendants. | : |

Pursuant to Rule 30(b) of the F.R. Civ. P., Plaintiff Raul Espitia hereby gives notice for the taking of the deposition of NANCY BESS, upon oral examination at the offices of Freking & Betz, 215 East Ninth Street, Fifth Floor, Cincinnati, Ohio 45202, beginning at 2:00 p.m. on Tuesday, July 10, 2001, and continuing from day to day until completed.

In the event Defendant fails to produce prior to this date all documents responsive to outstanding document requests, if any, Plaintiff reserves the right to reconvene the deposition on a later date.

Respectfully submitted,

*/s/ Kelly Mulloy Myers*
Kelly Mulloy Myers (0065698)
Randolph H. Freking (0009158)
Trial Attorneys for Plaintiff
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975

EXHIBIT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RAUL M. ESPITIA | : Case No. C-1-00-531 |
| Plaintiff, | : Judge Weber |
| v. | : |
| THE PROCTER & GAMBLE COMPANY, et al., | : **NOTICE OF DEPOSITION** |
| | : **OF JIM SCARCELLA** |
| Defendants. | : |

Pursuant to Rule 30(b) of the F.R. Civ. P., Plaintiff Raul Espitia hereby gives notice for the taking of the deposition *via telephone* of JIM SCARCELLA, upon oral examination at the offices of Freking & Betz, 215 East Ninth Street, Fifth Floor, Cincinnati, Ohio 45202, beginning at 3:00 p.m. on Friday, July 20, 2001, and continuing from day to day until completed.

In the event Defendant fails to produce prior to this date all documents responsive to outstanding document requests, if any, Plaintiff reserves the right to reconvene the deposition on a later date.

Respectfully submitted,

*/s/ Kelly Mulloy Myers*
Kelly Mulloy Myers (0065698)
Randolph H. Freking (0009158)
Trial Attorneys for Plaintiff
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
(513) 721-1975

# United States District Court

**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

RAUL M. ESPITIA

v.

THE PROCTER & GAMBLE COMPANY, et al.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: C-1-00-531

TO: Nancy Bess
2601 Vera Avenue, #3
Cincinnati, OH 45237

____ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |

XX  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Law Offices of Freking & Betz<br>215 East Ninth Street, Fifth Floor<br>Cincinnati, OH 45202 | July 10, 2001; 2:00 p.m. |

____ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

____ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* — Attorney for Plaintiff | July 6, 2001 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Kelly Mulloy Myers, FREKING & BETZ, 215 East Ninth Street, Fifth Floor, Cincinnati, OH 45202; 513-721-1975

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)