IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ESPITIA,
        Plaintiff
v                                     Civil C-1-00-531

P&G,
        Defendant,

### ORDER

Parties are advised that the above styled case is SCHEDULED for a Hearing on Wednesday, September 8, 2004 at 1:30 p.m. The Court will at that time address Defendant's Motion to review the Clerk's taxation of costs (#52).

**IT IS SO ORDERED.**

                                                           **s/Herman J. Weber**
                                              Herman J. Weber, Senior Judge
                                                United States District Court

*Rev.5/01*