UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES – HEARING ON MOTION FOR REVIEW OF COSTS

RAUL M. ESPITIA
      v.                                                       C-1-00-531
PROCTER & GAMBLE
---------------------------------------------------------------

Court Personnel Present:

HONORABLE HERMAN J. WEBER

Law Clerk Laura Ahern

Court Reporter Julie Wolfer (Official)

Courtroom Deputy Betsi Brockmeier

DATE: Wednesday, September 8, 2004
TIME: 1:30 p.m. – 2:30 p.m.

PRESENT:

For Plaintiff: Kelly Mulloy Myers, Esq.
For Defendant: Michael S. Glassman, Esq.

**DOCKET ENTRY**:

Case called before J. Weber for hearing on defendant's Motion for Review of Clerk's Taxation of Costs. Oral argument presented.

ORDER TO ISSUE.

J:\DOCUMENT\KAREN\CIVIL\MINUTES\00-531.wpd